# UNITED STATES DISTRICT COURT
for
## Middle District of Pennsylvania/Harrisburg

### Report on Offender Under Supervision

### NONCOMPLIANCE SUMMARY

Name of Offender: Tracy White                     Case Number: 1:CR-00-120-01
Name of Sentencing Judicial Officer: The Honorable Yvette Kane, Chief U.S. District Judge
Date of Original Sentence: August 7, 2001
Original Offense: Use of a Telephone in Committing a Felony Drug Offense (2Counts), 21 USC § 843(b)
Original Sentence: 96 months imprisonment; 1 year supervised release
Type of Supervision: Supervised release          Date Supervision Commenced: May 1, 2007

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **General Condition** | **"The defendant shall refrain from any unlawful use of a controlled substance."** |
| | On March 4, 2008, Mr. White provided a marijuana positive urine specimen. When confronted about his drug use, the offender admitted to a one time drug use and denied any need for treatment. Mr. White was verbally reprimanded for using drugs and he was restarted in the random drug testing program. However, since being placed in the program, the offender provided additional marijuana specimens on March 28, 2008, March 31, 2008, April 3, 2008, and April 8, 2008. On April 8, 2008, Mr. White admitted to continual drug use and advised that he would seek substance abuse treatment. On April 10, 2008, Mr. White contacted the Executive Commission on Drug & Alcohol Inc. for a drug and alcohol evaluation and was placed in outpatient counseling. |

Report on Offender

U.S. Probation Officer Action:

On April 17, 2008, the probation officer verbally reprimanded Mr. White for his noncompliant behavior. It was explained to him that this is his last opportunity to stop using drugs and to come into full compliance with the Court ordered conditions of supervised release.

At this time, it is recommended that the offender be allowed to participate in treatment and continue under supervision. Unless otherwise directed by the Court, the probation officer will facilitate and closely monitor Mr. White's course of recommended treatment. His failure to cooperate with treatment or testing measures will be brought to Your Honor's attention for further Court action, if needed.

Respectfully submitted,

by

_____
Fonda L. Steele
U.S. Probation Officer
Date: April 22, 2008

[✓] Recommendation approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision:
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date